THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL J. UNDERHILL, Individually and as Supervisor of the Town of Oyster Bay, Appellant, *v.* CHARES T. SAXTON et al., as Commissioners of the Land Office of the State of New York, Respondents.

In re Applications of LOUISE B. W. LADEW, LOUIS T. DURYEA et al., NORTH COUNTRY COMPANY and CHARLES A. DANA, for Grants of Lands under Water.

*People ex rel. Underhill* v. *Saxton*, 15 App. Div. 263, affirmed.
(Argued October 18, 1897; decided November 23, 1897.)

APPEALS from orders and judgments of the Appellate Division of the Supreme Court in the third judicial depart-

ment, entered April 12, 1897, which affirmed, on certiorari, in each of the above-entitled matters, the action of the commissioners of the land office granting an application for lands under tide waters in the town of Oyster Bay.

*Thomas Young* and *Edward Cromwell* for appellant.

*Wilmot T. Cox* and *Franklin Bartlett* for respondents.

Orders and judgments affirmed on opinions below, with costs. All concur.